MCGREGOR W. SCOTT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00038-KJM |
| Plaintiff, | STIPULATION AND ORDER RE SUBMISSION OF ELECTRONIC SIGNATURE |
| v. | |
| JOSE LUIS SANCHEZ-MENDOZA, | |
| Defendant. | COURT: Hon. Kimberly J. Mueller |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its attorney of record, and defendant JOSE LUIS SANCHEZ-MENDOZA, both individually and by and through his counsel of record, hereby stipulate as follows:

1. The defendant has consulted with his counsel regarding the plea agreement offer extended to him by the government.

2. Obtaining an actual signature on this plea agreement from the defendant, who is incarcerated at the Sacramento County Main Jail, would be both impracticable and imprudent in light of safety measures in place there to combat the COVID-19 public health pandemic.

///

///

///

3. Pursuant to General Order 616, the defendant consents to his defense counsel signing the plea agreement on the defendant's behalf using an electronic signature.

IT IS SO STIPULATED.

Dated: May 28, 2020                             McGREGOR W. SCOTT
                                                United States Attorney

                                                /s/ SAM STEFANKI
                                                SAM STEFANKI
                                                Assistant United States Attorney

Dated: May 28, 2020                             /s/ TIMOTHY ZINDEL
                                                TIMOTHY ZINDEL
                                                Counsel for Defendant
                                                JOSE LUIS SANCHEZ-MENDOZA

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 8th day of June, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE SUBMISSION OF ELECTRONIC SIGNATURE

2